0352-11817                                                                                                    #1

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA,
## LAFAYETTE DIVISION

| | |
|---|---|
| **DANN OCEAN TOWING, INC.** | **CIVIL ACTION NO. _____** |
| **VERSUS** | **SECTION " "** |
| **OCEAN MARINE CONTRACTORS, L.L.C.** | **MAGISTRATE** |
| | **In Admiralty Rule 9(b)** |

### VERIFIED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Dann Ocean Towing, Inc. ("Dann Ocean"), a Florida corporation, and to file this cause for damages, civil and maritime in nature, against Ocean Marine Contractors, L.L.C., does represent as follows:

I.

This is an admiralty and maritime claim within the jurisdiction of the United States and of this Honorable Court and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  This claim involves the breach of a maritime contract for towage.

II.

At all times hereinafter mentioned, Dann Ocean Towing, Inc. was and is now a corporation duly organized and existing under the laws of the State of Florida.

III.

Defendant, Ocean Marine Contractors, L.L.C., was and is now a Louisiana limited liability company duly organized and existing under the laws of the State of Louisiana, whose principal place of business is located in Morgan City, Louisiana.

IV.

On or about August 14, 2013, Dann Ocean entered into a Towage Agreement with Ocean Marine Contractors, L.L.C. to tow the vessels HUNTETOR and OIL ONYX to Ocean Marine's facilities in Morgan City, Louisiana.

V.

On or about September 10, 2013, Dann Ocean successfully towed the vessels to Ocean Marine's facilities in Morgan City, Louisiana.

VI.

Ocean Marine Contractors, L.L.C., has failed to make payment toward the outstanding balance of ONE HUNDRED THIRTY-FIVE THOUSAND THREE HUNDRED THREE AND 75/100 ($135,303.75) DOLLARS for the towing services provided by Dann Ocean despite demands to do so.

VII.

Under the United States General Maritime Law and the Commercial Instruments and Maritime Lien Act, including, but not limited to, 46 U.S.C. §§ 31301(4) and 46 U.S.C. §§ 31341 to 31343, Dann Ocean has a maritime lien on the vessels HUNTETOR and OIL ONYX for all unpaid necessaries in the form of towing services, currently estimated to be in the amount of ONE HUNDRED THIRTY-FIVE THOUSAND THREE

HUNDRED THREE AND 75/100 ($135,303.75) DOLLARS, together with interest at 18% from the date payment was due until paid and all costs, expenses and attorney fees incurred in connection with the prosecution and collection of said debt, or other such amount as will be proven at trial.

VIII.

Upon information and belief, the HUNTETOR and OIL ONYX are presently, or will during the pendency of this action, be on the navigable waters of the United States within the jurisdiction of this Honorable Court and are subject to attachment and arrest under Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to enforce Ocean Marine Contractors, L.L.C.'s maritime liens on said vessels.

IX.

Plaintiff, Dann Ocean, reserves the right to add the owner of the HUNTETOR and OIL ONYX as defendant when the identity of that party is discovered.

X.

The Towage Agreement between Dann Ocean and Ocean Marine Contractors, L.L.C., requires the parties to arbitrate any dispute. Despite demand to nominate an arbitrator and proceed with arbitration, Ocean Marine has failed to do so.

**WHEREFORE**, plaintiff, Dann Ocean Towing, Inc. prays:

1) That process in due form of law issue against defendant, Ocean Marine Contractors, L.L.C., citing it to appear and answer under oath all the matters alleged in this Verified Complaint;

2)    That after due proceedings, this Honorable Court enter Judgment herein in favor of plaintiff, Dann Ocean Towing, Inc., and against defendant, Ocean Marine Contractors, L.L.C., *in personam,* on the claims set forth herein.

3)    That this Honorable Court award plaintiff, Dann Ocean Towing, Inc., all legal interest owed, plus its attorney's fees in cost of this action; and

4)    That plaintiff, Dann Ocean Towing, Inc. have such other, further, and additional relief, at law, in equity, and in admiralty, to which plaintiff may show itself to be justly entitled.

Respectfully submitted,


*/s/    Salvador J. Pusateri*
SALVADOR J. PUSATERI, T.A. (#21036)
AARON B. GREENBAUM (#31752)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7701
Telephone:  (504) 528-3001
Facsimile:  (504) 528-3030
Attorneys for Dann Ocean Towing, Inc.